# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV267

| | |
|---|---|
| ALEXANDER McCORMACK, and wife, JEAN McCORMACK, ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | **ORDER DISMISSING CLAIMS AGAINST** |
| A. W. CHESTERTON, INC., *et al.*, ) ) | **ALLIS-CHALMERS CORP.** |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Plaintiffs' motion to dismiss their claims against Allis-Chalmers Corporation Product Liability Trust without prejudice. The Defendant Trust has consented to the dismissal.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion is **ALLOWED**, and Plaintiffs' claims made against this Defendant Trust are hereby **DISMISSED WITHOUT PREJUDICE**.

2

Signed: June 13, 2006

Lacy H. Thornburg
United States District Judge