IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | |
| ALEXANDER McCORMACK and Spouse, JEAN McCORMACK, Plaintiffs, | USDC, WDNC Civil Action No. 1:05CV267 |
| v. | |
| A.W. CHESTERTON, INC., et. al. Defendants. | |

## ORDER

Upon motion by Defendant Goulds Pumps, Inc. and the consent of Plaintiffs, and for good cause shown, it is hereby ORDERED that Defendant Goulds Pumps, Inc.'s Consent Motion for Leave to File Answer is granted and Defendant's Answer, which Defendant contemporaneously filed with its motion, is hereby deemed properly filed.

IT IS SO ORDERED.

Dated this the 20th day of November, 2006.

Honorable Chief Judge James T. Giles